# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Maher Yassin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Pioneer Energy Services, Hess Corporation, | ) | |
| and Petroleum Experience, Inc., | ) | |
| | ) | Case No. 4:14-cv-090 |
| Defendants. | ) | |

Before the court are motions for attorneys Justin J. Barbour and Christine E. Reinhard to appear *pro hac vice* on Defendant Pioneer Energy Services's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Justin J. Barbour and Christine E. Reinhard have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 12 and 13) are **GRANTED**. Attorney Justin J. Barbour and Christine E. Reinhard are admitted to practice before this court in the above-entitled action on Defendant Pioneer Energy Services's behalf.

**IT IS SO ORDERED.**

Dated this 1st day of October, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge